MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, California 94612-5217
Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK ONEAL SHIELDS,<br>aka Patrick Shields, Jr.,<br>aka Patrick Shields,<br>aka “P-Nickel,”<br>aka “Nickel,”<br><br>Defendant. | No. CR 11-00476 SBA<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

1. A status conference in this matter is currently scheduled for 10:00 a.m. on Friday, September 30, 2011. Defense counsel needs the additional time to review the discovery in the case, conduct additional legal research, and prepare a defense or motions strategy. In particular, defendant’s counsel needs to research issues related to a potential motion to suppress and the impact of any, of that motion of defendant’s sentencing exposure. The parties believe that

failure to grant the above-requested continuance would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

2. Thus, the parties respectfully request that the Court find that the time period from September 30, 2011, to October 31, 2011, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: September 27, 2011

/s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: September 27, 2011

/s/
HARRIS TABACK

Attorney for Defendant
Patrick Oneal Shields

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled September 30, 2011, status conference hearing is vacated. A status conference hearing is now scheduled for 10:00 a.m. on October 30, 2011.

2. The time period from September 30, 2011, to October 31, 2011, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, as set forth above, taking into account due diligence, specifically, defendant's need to conduct additional legal research regarding a potential motion to suppress, and to prepare a defense or motions strategy.

DATED: 9/28/11

Saundra B Armstrong
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE